■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTEBAN JIMENEZ, Also Known as STEVEN JIMENEZ, Appellant. [696 NYS2d 11] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered February 21, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The court's *Sandoval* ruling, which allowed the prosecution to inquire into a prior conviction for criminal sale of a controlled substance while precluding inquiry into its underlying facts, was a proper exercise of discretion that struck an appropriate balance between the probative value of defendant's prior conviction and the risk of unfair prejudice to him (*see, People v Walker*, 83 NY2d 455; *People v Pavao*, 59 NY2d 282, 292).

A review of the reasonable doubt charge, as a whole, establishes that it contained no burden-shifting language and did not impose an affirmative obligation on the jury to articulate a basis for such doubt (*see, People v Antommarchi*, 80 NY2d 247, 251-252). Concur—Rubin, J. P., Andrias, Saxe, Buckley and Friedman, JJ.